HUNTERDON CENTRAL HIGH SCHOOL BOARD OF EDUCATION
v. THE HUNTERDON CENTRAL HIGH SCHOOL
TEACHERS' ASSOCIATION.

September 4, 1980.

Petition for certification granted.   (See 174 *N.J.Super.* 468)

STATE OF NEW JERSEY v. NASSER JOHNSON.

September 4, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BELMONT.

September 4, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE BIEHLER.

September 4, 1980.

Petition for certification denied.